UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Daniel P., <br><br> Petitioner, <br><br> v. <br><br> Kristi Noem, et al., <br><br> Respondents. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING WRIT OF HABEAS CORPUS** <br><br> Civil File No. 26-402 (MJD/DTS) |

Bruce D. Nestor, De Leon & Nestor, Counsel for Petitioner.

Ana H. Voss, Liles Harvey Repp, Assistant United States Attorneys, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated January 28, 2026 [**Docket No. 11**]. There were no objections to the Report and Recommendation.

Pursuant to statute, the Court conducted a de novo review upon the record. 28 U.S.C. §636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Schultz dated January 28, 2026.

Accordingly, based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz dated January 88, 2026 **[Docket No. 11]**.

2. Petitioner Daniel P.'s Petition for a Writ of Habeas Corpus **[Docket No. 1]** is **GRANTED as follows:**

    A. Respondents are ordered to issue an administrative warrant and provide Daniel P with a bond hearing pursuant to 8 U.S.C. § 1226 within seven days of this Order;

    B. If the Respondents fail to issue an administrative warrant and provide Petitioner with a bond hearing in seven days, Respondents are ordered to release Daniel P.;

    C. Respondents are enjoined from denying Daniel P. a bond hearing on the basis that 8 U.S.C. § 1225(b)(2) applies to him; and

    D. Respondents are ordered to report to the Court in seven days with the results of the bond hearing and/or whether Daniel P. has been released.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 31, 2026         s/Michael J. Davis
                                 Michael J. Davis
                                 United States District Court