# UNITED STATES DISTRICT COURT
## District of Minnesota

Daniel Pineda Morales

Petitioner(s),

v.

Kristi Noem, U.S. Department of Homeland Security, Pamela Bondi, Executive Office for Immigration Review, Peter B. Berg

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00402-MJD-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz dated January 88, 2026 **[Docket No. 11]**.
2. Petitioner Daniel P.'s Petition for a Writ of Habeas Corpus **[Docket No. 1]** is **GRANTED as follows:**

   A. Respondents are ordered to issue an administrative warrant and provide Daniel P with a bond hearing pursuant to 8 U.S.C. § 1226 within seven days of this Order;

   B. If the Respondents fail to issue an administrative warrant and provide Petitioner with a bond hearing in seven days, Respondents are ordered to release Daniel P.;

   C. Respondents are enjoined from denying Daniel P. a bond hearing on the basis that 8 U.S.C. § 1225(b)(2) applies to him; and

   D. Respondents are ordered to report to the Court in seven days with the results of the bond hearing and/or whether Daniel P. has been released.

Date: 1/31/2026

KATE M. FOGARTY, CLERK