UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel P.,

    Petitioner,

v.

Kristi Noem, et al.,

    Respondents.

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS
Civil File No. 26-402 (MJD/DTS)

Bruce D. Nestor, De Leon & Nestor, Counsel for Petitioner.

Liles Harvey Repp, Assistant United States Attorney, Counsel for Respondents.

On January 31, 2026, the Court issued an Order requiring Respondents to hold a bond hearing for Petitioner within seven days of the Order. [Doc. 12.] If Petitioner was not granted a bond hearing within seven days, the Respondents were ordered to release Petitioner from detention. [Id.]

On February 6, 2026, the Respondents provided a status update informing the Court that Petitioner had been released from custody on February 4, 2026 upon payment of a $5,000 bond. [Doc. 14.]

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Daniel P.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 11, 2026              s/Michael J. Davis
                                                               Michael J. Davis
                                                               United States District Court