# UNITED STATES DISTRICT COURT

## District of Minnesota

Daniel Pineda Morales

Petitioner,

v.

Kristi Noem, U.S. Department of Homeland Security, Pamela Bondi, Executive Office for Immigration Review, Peter B. Berg

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00402-MJD-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Petitioner Daniel P.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 2/11/2026

KATE M. FOGARTY, CLERK